**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **TYRESE DESHAUN ANDERSON** | § | **CIVIL ACTION NO. 4:22-CV-02945** |
| ***Plaintiff*,** | § | |
| | § | |
| **v.** | § | **JUDGE: KEITH P. ELLISON** |
| | § | |
| **OCCIDENTAL PETROLEUM** | § | |
| **CORPORATION,** | § | |
| ***Defendant*.** | § | |

## JOINT STIPULATION OF DISMISSAL

COME NOW, Plaintiff Tyrese Deshaun Anderson and Defendants Occidental Petroleum Corporation, Greg Zielinski, Inc., and James P. Barry Consulting, Inc. (collectively, the "Parties"), and move the Court for dismissal of this proceeding under Federal Rule of Civil Procedure 41(a)(2). The Parties have resolved this litigation. In consideration of, and consistent with the agreement between the Parties, the Parties jointly move to dismiss the above-styled lawsuit with prejudice.

Respectfully submitted this 2nd day of July 2024.

*Signatures on next page*

| | |
|---|---|
| **SCHOUEST, BAMDAS, SOSHEA, BENMAIER & EASTHAM PLLC**<br><br>By: */s/ Susan Noe Wilson*<br>Susan Noe Wilson<br>Texas Bar No. 15055025<br>S.D. ID No. 15092<br>snoewilson@sbsblaw.com<br>Robert P. Vining<br>Tex. Bar No. 24049870<br>S.D. ID No. 35870<br>rpvining@sbsblaw.com<br>Dylan Speck<br>Texas Bar No. 24102528<br>S.D. Tex. ID No. 3053983<br>dspeck@sbsblaw.com<br>1001 McKinney Street, Suite 1400<br>Houston, Texas 77002<br>Telephone: (713) 588-0446<br>Facsimile: (713) 574-2942<br><br>Attorneys for<br>**Defendant Occidental Petroleum Corporation** | **KEAN MILLER LLP**<br><br>By: /s/ *Robert M. Kallam (with permission)*<br>Robert M. Kallam<br>Tex. Bar No. 24034175<br>Robert.kallam@keanmiller.com<br>600 Jefferson Street, Suite 1101<br>Lafayette, Louisiana 70501<br>Telephone: (337) 235-2232<br><br>with:<br><br>Farnaz Alms<br>Tex. Bar No. 3328488<br>Farnaz.Alms@keanmiller.com<br>711 Louisiana Street, Ste. 1800<br>South Tower<br>Houston, Texas 77002<br>Telephone: (713) 844-3031<br><br>Attorneys for<br>**Defendant Greg Zielinski, Inc.** |
| **HALL MAINES LUGREN PC**<br><br>By: */s/ Tim Redden Jr. (with permission)*<br>Tim Redden Jr.<br>Tex. Bar No. 24099654<br>S.D. ID No. 3297561<br>tredden@hallmaineslugrin.com<br>Aaron E. Koenck<br>Tex. Bar No. 24116632<br>S.D. ID No. 3838389<br>akoenck@hallmaineslugrin.com<br>2800 Post Oak Avenue, Suite 6400<br>Houston, Texas 77056<br>Telephone: (713) 871-9000<br>Facsimile: (713) 871-8962<br><br>Attorneys for<br>**Defendant James P. Barry Consulting, Inc.** | **ARMSTRONG LEE & BAKER LLP**<br><br>By: */s/ Scott P. Armstrong (with permission)*<br>Scott P. Armstrong<br>Tex. Bar No. 24092050<br>sarmstrong@armstronglee.com<br>C.J. Baker<br>Tex. Bar No. 24086719<br>cjbaker@armstronglee.com<br>Kelly M. Viktorin<br>Tex. Bar No. 24088676<br>kviktorin@armstronglee.com<br>Adam M. Grable<br>Tex. Bar No. 24120859<br>agrable@armstronglee.com<br>2800 North Loop West, Ste. 900<br>Houston, Texas 77092<br>Telephone: (832) 709-1124<br>Facsimile: (832) 709-1125<br>service@armstronglee.com<br><br>Attorneys for<br>**Plaintiff Tyrese Deshaun Anderson** |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record, in accordance with the Federal Rules of Civil Procedure on this 2nd day of July 2024.

*/s/ Robert P. Vining*
Robert P. Vining